# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

PNC Bank, National Association, successor to National City Bank, successor in interest to Mid America Bank, fsb

V.

Apartamentos Velazquez, Inc., an Illinois corporation; Jose L. Velazquez,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 14-09101

ASSIGNED JUDGE: Thomas M. Durkin

DESIGNATED MAGISTRATE JUDGE: Geraldine Soat Brown

TO: (Name and address of Defendant)
Apartamentos Velazquez, Inc.
c/o Secetary of State of IL
Business Services
69 W. Washington Street
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James M. Crowley
Crowley & Lamb, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

THOMAS G. BRUTON, CLERK

*[signature]*

(By) DEPUTY CLERK

DATE

November 13, 2014

DATE

2014.11.12 Summons (Apartamentos Velazquez, Inc.).max

## AFFIDAVIT OF SERVICE

| Case: 14-09101 | Court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS | County: | Job: 445350 |
|---|---|---|---|
| Plaintiff / Petitioner: PNC Bank, National Association, successor to National City Bank, successor in interest to Mid America Bank, FSB | | Defendant / Respondent: Apartamentos Velazquez, Inc, an Illinois corporation; Jose L. Velazquez | |
| Received by: NIS Consulting Group | | For: Crowley & Lamb, P.C. | |
| To be served upon: Apartamentos Velazquez, Inc. care of Secretary of State of IL Business Services | | | |

I do hereby certify that I am a competent adult over the age of 18 and not a party to this suit. That I made service with the documents, listed below, certified to be such for the attorney for the Plaintiff.

Under penalties as provided by law pursuant to section 1-109 of the Illinois code of civil procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Recipient Name / Address: Susan (Clerk), 69 W. Washington Street, Chicago, IL 60602
Manner of Service: Secretary of State, Nov 19, 2014, 2:59 pm CST
Documents: SUMMONS IN A CIVIL CASE AND COMPLAINT

Additional Comments:
1) Successful Attempt: Nov 19, 2014, 2:59 pm CST at 69 W. Washington Street, Chicago, IL 60602 received by Susan (Clerk). Age: 40s; Ethnicity: Asian American; Gender: Female; Weight: Thin build; Height: 5'3"; Hair: Black;

Edward Limoges      Date: 11/20/2014
117-001012

NIS Consulting Group
4350 DiPaolo Center Suite H
Glenview, IL 60025
847-721-7067